## CASE ANNOUNCEMENTS

*November 20, 2013*

[Cite as *11/20/2013 Case Announcements*, 2013-Ohio-5096.]

# MERIT DECISIONS WITHOUT OPINIONS

**2013–0682. Memorial Ltd. Partnership v. Union Cty. Bd. of Revision.**
Union App. No. 14–12–21. Upon consideration of the jurisdictional memoranda filed in this case, the court accepts the appeal, and this cause is reversed and remanded to the court of appeals for further proceedings on the authority of *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, 136 Ohio St.3d 146, 2013-Ohio-3077, 991 N.E.2d 1134.

It is further ordered that appellant's motion to consolidate cases 2012–1615, *McDonald's Corp. v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–14, 2012-Ohio-3751; 2012–1648, *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, Board of Tax Appeals, Nos. 2011–K–4087 through 2011–K–4096; 2013–0682, *Memorial Ltd. Partnership v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–21 (Apr. 22, 2013); and 2013–0704, *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–22 (Apr. 22, 2013), is denied as moot.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0704. Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision.**
Union App. No. 14–12–22. Upon consideration of the jurisdictional memoranda filed in this case, the court accepts the appeal, and this cause is reversed and remanded to the court of appeals for further proceedings on the authority of *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, 136 Ohio St.3d 146, 2013-Ohio-3077, 991 N.E.2d 1134.

It is further ordered that appellant's motion to consolidate cases 2012–1615, *McDonald's Corp. v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–14, 2012-Ohio-3751; 2012–1648, *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, Board of Tax Appeals, Nos. 2011–K–4087 through 2011–K–4096; 2013–0682, *Memorial Ltd. Partnership v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–21 (Apr. 22, 2013); and 2013–0704, *Marysville Exempted Village School Dist. Bd. of Edn. v. Union Cty. Bd. of Revision*, 3d Dist. Union No. 14–12–22 (Apr. 22, 2013), is denied as moot.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1167. State ex rel. Williams v. Green Council.**
In Mandamus. On answer of respondents and on motion for judgment on the pleadings. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–1451. Ingram v. Ohio Dept. of Rehab. & Corr. Bur. of Sentencing Computation.**
In Mandamus. On answer of respondents. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.